[No. 26495-1-II.   Division Two.   April 19, 2002.]

MARJORIE LULCILE UPHAM-ROOD, ET AL., *Appellants*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-2-01535-6, Wm. Thomas McPhee, J., entered September 22, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 44457-3-I.   Division One.   April 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL P., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-01636-3, Marsha J. Pechman, J., entered March 22, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 46783-2-I.   Division One.   April 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD L. HATFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02129-7, Charles W. Mertel, J., entered June 9, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47468-5-I.   Division One.   April 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHEUNG HIP TSOI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-08734-4, Nicole MacInnes, J., entered September 27, 2000. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Baker, JJ.